IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re | ) | CHAPTER 7 |
| | ) | |
| DOUGLAS JAMES MESSAMORE | ) | CASE NO. 4-09-03548-JMM |
| SYLVIA MESSAMORE | ) | |
| | ) | **PETITION TO PAY DIVIDEND IN** |
| Debtor(s). | ) | **THE AMOUNT LESS THAN $5.00** |
| | ) | **TO THE CLERK OF THE U. S.** |
| | ) | **BANKRUPTCY COURT** |
| | ) | |

Stanley J. Kartchner, Trustee, reports that the following dividend(s) in amounts less than $5.00 were declared, and that pursuant to Bankruptcy Rule 3010 requests that such dividend(s) not be distributed to creditors, but shall be treated in the same manner as unclaimed funds as provided in 347 of the code.

| Claim No. | Creditors Name and Address | Amount Allowed | Amount Paid |
|---|---|---|---|
| 4 | Developers Surety and Indemnity Company<br>17780 Fitch, Suite 200<br>Irvine Ca. 9    2614 | $507.60 | $4.51 |
| 6 | SOUTHWEST GAS CORPORATION<br>PO BOX 1498<br>VICTORVILLE CA 92392-1498 | $124.14 | $1.10 |
| 8 | City Of Casa Grande<br>510 E. Florence Blvd.<br>Casa Grande, AZ 85222 | $348.75 | $3.10 |

Dated: August 20, 2010         /s/ SJK_____
                              Stanley J. Kartchner, Trustee